**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2017 MAY 17  P 3: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

HARALD MCPIKE,

       Plaintiff,

    v.

ZERO-GRAVITY HOLDINGS, INC. f/k/a
SPACE ADVENTURES LTD., THOMAS
SHELLEY AND ERIC ANDERSON,

       Defendant.

Civil Action No.  1:17CV562-TSE/JFA

## MOTION TO SEAL

Pursuant to Local Civil Rule 5(C) for the United States District Court of the Eastern District of Virginia ("Rule 5"), Plaintiff Harald McPike ("Mr. McPike" or "Plaintiff") files this motion to seal his Complaint (and Exhibit 1 to that Complaint) against Defendant Zero-Gravity Holdings, Inc. formerly known as Space Adventures Ltd. ("Space Adventures" or "SA"), Thomas Shelley ("Mr. Shelley"), and Eric Anderson ("Mr. Anderson"). Plaintiff files this motion only because his Complaint and Exhibit 1 contain information that the *Defendants* have designated as confidential. Plaintiff does not believe that anything in his Complaint or Exhibit 1 actually qualifies under applicable law to be maintained under seal, but files this motion to give the *Defendants* an opportunity to submit a response setting forth any reasons why *they* may believe the Complaint or Exhibit 1 should be maintained under seal, as contemplated by the sixth paragraph of Rule 5(C).

Dated: May 17, 2017

Respectfully submitted,

CLARE LOCKE LLP

By: _____
Thomas A. Clare (VSB # 39299)
Megan L. Meier (VSB # 88720)
10 Prince Street
Alexandria, Virginia 22314
Tel.: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com

and

SEWARD & KISSEL LLP
Bruce G. Paulsen (*pro hac vice* pending)
Jeffrey M. Dine (*pro hac vice* pending)
1 Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
paulsen@sewkis.com
dine@sewkis.com

*Attorneys for Plaintiff*
*Harald McPike*