IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HARALD MCPIKE, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17cv562 |
| ) | |
| ZERO-GRAVITY HOLDINGS, INC. ) | |
| f/k/a SPACE ADVENTURES, LTD., *et* ) | |
| *al.*, ) | |
|    Defendants. | |

## ORDER

For the reasons stated in the Court's November 21, 2017 Memorandum Opinion and for good cause shown,

It is hereby **ORDERED** that defendants' motion to dismiss (Doc. 22) is **GRANTED IN PART AND DENIED IN PART.**

It is granted in so far as plaintiff's conversion claim is **DISMISSED WITH PREJUDICE** and plaintiff's unjust enrichment claim is **DISMISSED WITHOUT PREJUDICE.**

It is **DENIED** in all other respects.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 21, 2017

/s/
T. S. Ellis, III
United States District Judge