# Exhibit E

1           IN THE UNITED STATES DISTRICT COURT
2           FOR THE EASTERN DISTRICT OF VIRGINIA
3                    (Alexandria Division)
4
5      - - - - - - - - - - - - - -X
6      HARALD MCPIKE,              :
7              Plaintiff,          : Case No.
8      vs.                         : 1:17-CV-562 (TSE/JFA)
9      ZERO-GRAVITY HOLDINGS,      :
10     INC., f/k/a SPACE           :
11     ADVENTURES, LTD., THOMAS    :
12     SHELLEY AND ERIC ANDERSON   :
13             Defendants.         :
14     - - - - - - - - - - - - - -X
15
16
17          Videotaped Deposition of ANDREW MART
18                    Washington, D.C.
19               Friday, January 26, 2018
20                       9:24 a.m.
21
22     Job No. 222995
23     Pages:  1 - 351
24     Reported by:  Dana C. Ryan, RPR, CRR
25

1    length about it.
2              The -- this -- this -- that we use some
3    C -- C++, the Visual Studio version, the 2017
4    version; we've used 2015; we've used Visual Studio
5    2013.  It's mainly Microsoft, the variant of the
6    C++ language.  We -- we write statistical
7    algorithms, graphical user interfaces, networking
8    protocols.
9              There is a suite of software that
10   provides services to -- to Mr. McPike and to --
11   to -- to facilitate his -- his operations.  And
12   I'm -- I'm familiar with -- with -- with some of
13   these and responsible for the -- for -- for
14   maintaining the code and try to make the code.
15             We try to use some of the latest coding
16   practices to write code efficiently, make sure
17   that it -- that it runs without -- reliably, and
18   it's extensible; that it is reusable.  And it's
19   possible to be maintained by -- by teams of
20   developers, especially the developers who are able
21   to -- to come in without much domain knowledge and
22   get -- get to work quickly.
23             And so that -- we try to use standards
24   such that it's not necessary to communicate a
25   large amount to -- to -- to new developers so that

```
 1      it's -- the code -- ideally write code that's easy
 2      to maintain and easy to use and reliable.
 3           BY MS. FIELDS:
 4           Q    Okay.  Thank you.  I think I understood
 5      as much as I can from that.  I am not familiar
 6      with code.
 7                But I am curious -- you said that you
 8      write code to facilitate Mr. McPike's operations.
 9                Could you be more specific about what
10      operations your code is used to facilitate?
11           A    They're financial transactions.
12           Q    So is it fair to say that you -- you
13      create code for use by Mr. McPike in his financial
14      transaction ventures?
15                MR. PUSCH:  Objection: form.
16           BY MS. FIELDS:
17           Q    You can answer the question.
18                MR. PUSCH:  You can answer.
19                THE WITNESS:  I think it was a yes or
20      no question -- yes.
21           BY MS. FIELDS:
22           Q    Okay.  Thank you for helping me to
23      understand that.
24                And what is your -- how long have you
25      been working for Mr. McPike?
```

```
 1        A    Approximately -- slightly over 20
 2   years.
 3        Q    That's the same amount of time that
 4   you've been in the Bahamas, approximately?
 5        A    Yes.
 6        Q    When -- how did you come to work for
 7   Mr. McPike?
 8        A    He -- I received a phone call that he
 9   was interested in -- in working with me, and I
10   flew to the Bahamas after my graduate work.  And
11   then we seemed to enjoy each other's company, and
12   I -- I thought it would be a nice place to work.
13   He thought he'd like to work with me, I assume, so
14   we've been together ever since.
15        Q    And does Mr. McPike also live in the
16   Bahamas?
17        A    Yes.
18        Q    So do you have a -- excuse me.  Do you
19   have a background in finance?
20        A    Surprisingly, no.  My background -- my
21   undergraduate work was in physics, and my graduate
22   work was in electrical engineering at -- and I
23   graduated in physics from Caltech with honors.
24   And my graduate work was at Massachusetts
25   Institute of Technology in Cambridge at which
```

```
 1      I never -- never had to make that assumption.  So
 2      I am --
 3           BY MS. FIELDS:
 4           Q    Did Mr. Mawdsley advise you in
 5      connection with your testimony today?
 6                MR. PUSCH:  Objection to -- you can
 7      answer --
 8                THE WITNESS:  I --
 9                MR. PUSCH:  -- very briefly.
10                THE WITNESS:  Yes, but only that --
11                MR. PUSCH:  Objection.
12                THE WITNESS:  -- that I should come
13      here.
14                MR. PUSCH:  Yeah.  Yep.  Objection.
15      Don't talk about any content of the conversations
16      you had with Mr. Mawdsley.
17           BY MS. FIELDS:
18           Q    Did you have any -- what did you do to
19      prepare for your deposition today?
20           A    I traveled here.  I got to put on a
21      suit.  I -- I -- we -- I met with -- with Dustin
22      and Jeff yesterday.
23           Q    Approximately how long did you meet
24      with present counsel yesterday?
25           A    For the better part of the day we . . .
```

1        Q    Is that the only time that you met with
2     counsel who is present here today in preparation
3     for your deposition?
4        A    Yes.
5        Q    Was there anyone else there at the
6     meeting?
7        A    Yes.
8        Q    Who else was there?
9        A    Paul.  There was a gentleman -- another
10    attorney who is not with us today.
11       Q    Apart from legal counsel that you've
12    mentioned, was there anyone else at the meeting --
13    the preparation meeting?
14       A    No.  Someone let me in the door, but
15    they're -- they were not really in the meeting.
16    They were -- they were in a separate room.
17       Q    And apart from your meeting with legal
18    counsel, did you discuss your deposition today
19    with anyone else?
20       A    No.
21       Q    Did you discuss your deposition with
22    Mr. McPike?
23       A    No.
24       Q    Did you review documents to prepare for
25    your deposition today?

```
 1        A    I -- yeah, I -- I read the -- the
 2   complaint.
 3        Q    Where did you get the complaint?
 4        A    From the -- from the Web site of -- of
 5   Seward & Kissel.
 6        Q    Did you speak with Mr. Mawdsley about
 7   your deposition?
 8        A    No.
 9        Q    Have you spoken with Mr. Mawdsley about
10   this lawsuit?
11             MR. PUSCH:  Again, just caution --
12   instructing you not to answer about content, but
13   you can answer yes or no to that.
14             THE WITNESS:  On -- only very briefly.
15   Just that -- that I should come here and that I
16   should speak with -- with counsel here.
17             BY MS. FIELDS:
18        Q    Did you and counsel here -- did you
19   sign an engagement letter with counsel here today?
20        A    I believe -- well, I'm not sure if --
21   if we have one or not, but . . .
22        Q    Okay.  Do you have any counsel in
23   connection with this lawsuit apart from counsel
24   who's here today?
25        A    As -- as I understand, Seward & Kissel
```

```
 1    hear my thoughts about it afterwards.
 2        Q    Do you remember what you said to
 3    Mr. McPike at the time?
 4             MR. PUSCH:  Objection to form.
 5             THE WITNESS:  Just that I'm honored to
 6    be invited, and I'll be there.
 7        BY MS. FIELDS:
 8        Q    Did you share anything else with
 9    Mr. McPike at the time?
10             MR. PUSCH:  Objection to form.
11             THE WITNESS:  Not -- no, not relevant
12    to the moon mission, no.  Generally, we were
13    discussing other items, other matters of business.
14    So, no, not that I recall.
15        BY MS. FIELDS:
16        Q    Why did Mr. McPike want you to be at
17    the meeting?
18             MR. PUSCH:  Objection to form.
19    Objection to foundation.
20             THE WITNESS:  I -- I can only speculate
21    as to what Mr. McPike's thought processes were.
22    But seeing as he wanted myself and Mr. Beirl and
23    Mr. Phalen at the meeting and we all have degrees
24    in physics, I would expect that it had something
25    to do with my degree in physics and perhaps my --
```

1    might be technical background that is -- per --

2    well, not specifically in aeronautical

3    engineering, but perhaps the closest match that

4    was available at the time.

5         BY MS. FIELDS:

6         Q    Other than that he was not going to be

7    able to land on the moon, what did Mr. McPike tell

8    you about the mission?

9              MR. PUSCH:  Objection to form.

10             THE WITNESS:  They would be using

11   Russian spacecraft.  Space Adventures had a

12   relationship with various Russian space agencies

13   such as Energia and Roscosmos sufficient to -- and

14   as demonstrated by their -- their previous trips

15   to the ISS to make this mission a reality.

16        BY MS. FIELDS:

17        Q    What else did Mr. McPike know about the

18   mission?

19        A    That it is the ultimate adventure,

20   basically.  That -- not quite to go where no man

21   had gone before, but to go where no tourist had

22   gone before.

23        Q    Apart from that he was not actually

24   going to get to land on the moon and that Space

25   Adventures had relationships with the Russian

                                                                        Page
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Dana C. Ryan, Registered Professional

3    Reporter, Certified Realtime Reporter, the officer

4    before whom the foregoing proceedings were taken

5    do hereby certify that the foregoing transcript is

6    a true and correct record to the best of my

7    ability of the proceedings; that said proceedings

8    were taken by me stenographically and thereafter

9    reduced to typewriting under my supervision; and

10   that I am neither counsel for, related to, nor

11   employed by any of the parties to this case and

12   have no interest, financial or otherwise, in its

13   outcome.

14             IN WITNESS WHEREOF, I have hereunto set

15   my hand and affixed my notarial seal this 7th day

16   of February 2018.

17   My Commission expires:

18   July 15, 2020

19

20

21   *[signature: Dana C. Ryan]*

22   _____

23   NOTARY PUBLIC IN AND FOR THE

24   DISTRICT OF COLUMBIA

25