IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HARALD MCPIKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17cv0562 (TSE/JFA) |
| | ) | |
| ZERO-GRAVITY HOLDINGS, INC. | ) | |
| f/k/a Space Adventures LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is currently before the court on defendant's uncontested motion to file under seal an unreacted version of the memorandum in support of its motion for summary judgment along with exhibits 7, 14, 16, 17, 18, 19, 21, 24, 25, 29, 30, and 31. (Docket no. 191). The motion to seal was filed on March 13, 2018 along with a notice of filing under seal (Docket no. 193). Defendant asserts that the information subject to this motion to seal involves commercially sensitive and trade secret material. (Docket no. 191).

The court has reviewed the information that is the subject of this motion to seal and, taking into consideration the applicable standards as set forth by the Fourth Circuit in *Va. Dep't of State Police v. Washington Post*, 386 F.3d 567 (4th Cir. 2004), and recognizing that no objection or other response has been filed concerning this motion, the court finds that the motion to seal should be granted.

Entered this 21st day of November, 2018.

/s/ _____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia