IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HARALD MCPIKE, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-562 |
| ) | |
| ZERO-GRAVITY HOLDINGS, INC. ) | |
| f/k/a SPACE ADVENTURES, LTD. ) | |

## ORDER

The parties recently participated in a settlement conference with United States Magistrate Judge Theresa Carroll Buchanan and through this process resolved their dispute.

Because this case has settled,

It is hereby **ORDERED** that the Clerk of Court shall close this case and place it among the ended causes.

It is further **ORDERED** that all pending deadlines and motions are **TERMINATED** and any pending hearings are **CANCELLED**.

The parties shall have until **May 1, 2019**, to file a joint stipulation of dismissal which dismisses plaintiff's sole remaining claim with prejudice. If the parties need additional time to file the stipulation of dismissal, they may file an appropriate motion which Judge Buchanan will consider.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
March 28, 2019

/s/
T. S. Ellis, III
United States District Judge